IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN A. SMITH,

        Plaintiff,

   v.

RANDY GROUNDS, Warden, et. al.,

        Defendant(s).

No. C-11-1690 TEH (PR)

ORDER OF TRANSFER

Plaintiff, a prisoner presently incarcerated at the Correctional Training Facility in Soledad, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at California State Prison-Solano violated his constitutional rights when he was incarcerated at that facility. Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Solano County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

1    Accordingly, in the interest of justice and pursuant to 28
2 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3 the United States District Court for the Eastern District of
4 California.
5    The Clerk shall transfer this matter terminate all pending
6 motions as moot and close the file.
7
8    IT IS SO ORDERED.
9
10 DATED    _05/23/2011_     _____
                              THELTON E. HENDERSON
11                            United States District Judge
12
13
...
26 G:\PRO-SE\TEH\CR.11\Smith-11-1690-transfer-caed.wpd
27
28
                              **2**